UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5798 SJO (FFMx) | Date | October 15, 2019 |
|---|---|---|---|
| Title | Thomas Dorkin v. William P. Barr | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS**

On October 15, 2019, defendant, William P. Barr ("Defendant"), filed a motion to compel plaintiff Thomas Dorkin ("Plaintiff") to respond to Defendant's first set of interrogatories and first set of requests for production of documents, to serve Plaintiff's initial disclosures, and to appear for deposition. (Docket No. 30.) Defendant contends that Plaintiff has failed to serve his initial disclosures, respond to interrogatories or requests for production of documents, or appear for deposition, despite Defendant's service of deposition notices and numerous attempts by Defendant to meet and confer regarding the scheduling of Plaintiff's deposition and the missing discovery responses. The Court notes that the discovery requests were served in June 2019. The initial disclosures were due on July 15, 2019. Given the foregoing, it does not appear that plaintiff is diligently prosecuting this action. Therefore, plaintiff is ordered to show cause in writing within 10 days of the date of this order, if any he has, why this action should not be dismissed for failure to prosecute and/or comply with his discovery obligations.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |